**Order entered January 20, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01264-CV

**MACY'S RETAIL HOLDINGS, INC., Appellant**

**V.**

**AUDON BENAVIDES, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-10796**

## ORDER

Before the Court is the December 27, 2019 request of court reporter Terri Etekochay for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **January 3, 2020**. We **DIRECT** the Clerk of this Court to send a copy of this order to Tina Thompson, Official Court Reporter for the 134th Judicial District Court; Ms. Etekochay; and, all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE